No. 04–10689. BROWN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–10690. THOMAS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10691. BARROW *v.* UCHTMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–10692. WHEELER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–10693. PRUITT *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 04–10695. SANDERS *v.* UNION PACIFIC RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–10696. DEUTSCH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10697. HAILEY *v.* COLUMBIA NAVARRO REGIONAL HOSPITAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–10698. IRONS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10699. GARCIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10700. HICKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10701. HUDNALL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10702. GARDNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–10703. GIBSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–10704. FIORANI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.